CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084

Attorney for Defendant
KENNETH ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 07-0232 DLJ |
|---|---|
| Plaintiff, | ) WAIVER OF |
| | ) <u>DEFENDANT'S PRESENCE</u> |
| v. | ) |
| KENNETH ROBERTS, | ) |
| Defendant. | ) |
| _____ | ) |

    Defendant, KENNETH ROBERTS, hereby waives the right to be in person in open court upon the hearing of any motion or to his proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of which the court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further

agrees to be present in person in court ready for trial any day and hour the court may fix in her absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: June 26, 2007

/s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Kenneth Roberts

DATED: June 26, 2007        I consent to the above waiver of presence.

/s/ Christopher Haydn-Myer for
KENNETH ROBERTS [The original is in counsel's file.]

DATED: July 24, 2007   I approve the above waiver of presence.

/s/ D. Lowell Jensen
United States District Court Judge

2