CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for DAVID JAMES McCABE,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-07-232-DLJ |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| GARY MICHAEL HULSEY, KENNETH RITCHIE ROBERTS and DAVID JAMES McCABE, | |
| Defendants. | |

It is hereby stipulated and agreed by and between the parties hereto and their counsel that the status conference now scheduled for October 23, 2007, shall be vacated and re-calendared for November 6, 2007, at 9:00 a.m.

This continuance is sought for the following reasons:  as to defendant McCabe, the Government is in the process of preparing a written plea agreement and additional time will be required for the defendant and his counsel to confer concerning the proposed agreement; and, as to defendants Hulsey and Roberts, their counsel remain in the

///

-1-

process of conducting investigation and negotiations concerning forfeiture of property.

The parties further stipulate and agree that time should be excluded through November 6, 2007, from computation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T-4) in order to afford the defense reasonable time for preparation of the case.

Dated: October 17, 2007         /s/ Candace A. Fry
                                CANDACE A. FRY, Attorney for
                                DAVID JAMES McCABE, Defendant

Dated: October 17, 2007         McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Candace A. Fry for
                                MICHAEL M. BECKWITH,
                                Assistant U.S. Attorney

Dated: October 17, 2007         DANIEL BRODERICK
                                Federal Defender

                                /s/ Candace A. Fry for
                                MATTHEW C. BOCKMON,
                                Assistant Federal Defender,
                                Attorney for GARY M. HULSEY,
                                Defendant

Dated: October 17, 2007         /s/ Candace A. Fry for
                                CHRISTOPHER HAYDN-MEYER,
                                Attorney for KENNETH R.
                                ROBERTS, Defendant

                                (Signed for all counsel with
                                their prior authorization)

**O R D E R**

IT IS SO ORDERED.

Dated: October 22, 2007

              /s/ D. Lowell Jensen
              D. LOWELL JENSEN
              U.S. DISTRICT COURT JUDGE