1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95814
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   KENNETH RITCHIE ROBERTS
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,       ) CR. NO. S-07-0232 DLJ
                                   )
13              Plaintiff,         ) STIPULATION AND ORDER
                                   )
14     v.                          )
                                   ) DATE: December 11, 2007
15 GARY MICHAEL HULSEY AND         ) TIME: 9:00 a.m.
   KENNETH RITCHIE ROBERTS,        ) COURT: Hon. D. Lowell Jensen
16                                 )
                Defendants.        )
17                                 )
   _____ )
18                                 )

19      Defendant, KENNETH RITCHIE ROBERTS, through Christopher Haydn-
20 Myer, Attorney At Law, and defendant, GARY MICHAEL HULSEY, through
21 Matthew Bockmon, of the Eastern California District Federal Defender's
22 Office, and the United States of America, through Assistant U.S.
23 Attorney Michael Beckwith, agree as follows:
24      It is hereby stipulated that the status conference currently set
25 for December 11, 2007, be vacated and a new status conference be
26 scheduled on January 15, 2008 at 9:00 a.m.
27      It is further stipulated and agreed between the parties that the
28 time under the Speedy Trial Act should be excluded from today's date to

1  January 15, 2008, under Local Code T4, Title 18, United States Code
2  section 3161(h)(8)(B)(iv), to give the defendants time to further
3  review the discovery and to adequately prepare.
4      Counsel for Mr. Roberts was assigned to a jury trial that began on
5  October 2, 2007, and, as of the date and time of the writing of this
6  Stipulation and Proposed Order, the jury has not returned with a
7  verdict.  Further, counsel is still researching and investigating an
8  issue regarding asset forfeiture.

Dated: December 7, 2007

                                    Respectfully submitted,

                                    /s/ Christopher Haydn-Myer
                                    _____
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for Defendant
                                    KENNETH RITCHIE ROBERTS

Dated: December 7, 2007
                                    Respectfully submitted,

                                    /s/ Christopher Haydn-Myer for
                                    _____
                                    MATTHEW BOCKMON
                                    ASSISTANT FEDERAL DEFENDER FOR
                                    THE EASTERN DISTRICT OF CALIFORNIA
                                    Attorney for Defendant
                                    GARY MICHAEL HULSEY

DATED: December 7, 2007             McGREGOR W. SCOTT
                                    United States Attorney

                                    /S/ Christopher Haydn-Myer for
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for December 11, 2007, be vacated and a new status conference be scheduled on January 15, 2008 at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to January 15, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: December 7, 2007

_____
HON. D. LOWELL JENSEN
United States District Court Judge

3