CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
KENNETH RITCHIE ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-07-0232 DLJ |
| Plaintiff, | STIPULATION; ORDER |
| v. | DATE: January 22, 2008 |
| GARY MICHAEL HULSEY AND | TIME: 9:00 a.m. |
| KENNETH RITCHIE ROBERTS, | COURT: Hon. D. Lowell Jensen |
| Defendants. | |

Defendant, KENNETH RITCHIE ROBERTS, through Christopher Haydn-Myer, Attorney At Law, and defendant, GARY MICHAEL HULSEY, through Matthew Bockmon, of the Eastern California District Federal Defender's Office, and the United States of America, through Assistant U.S. Attorney Michael Beckwith, agree as follows:

It is hereby stipulated that the status conference currently set for January 22, 2008, be vacated and a new status conference be scheduled on February 19, 2008 at 9:00 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to

February 19th, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendants time to further review the discovery and to adequately prepare.

Counsel for Mr. Roberts was assigned to a jury trial from October 2, 2007 until December 14, 2007. Further, counsel is still researching and investigating an issue regarding asset forfeiture.

Dated: January 18, 2008

Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
KENNETH RITCHIE ROBERTS

Dated: January 18, 2008

Respectfully submitted,

/s/ Christopher Haydn-Myer for
_____
MATTHEW BOCKMON
ASSISTANT FEDERAL DEFENDER FOR
THE EASTERN DISTRICT OF CALIFORNIA
Attorney for Defendant
GARY MICHAEL HULSEY

DATED: January 18, 2008

McGREGOR W. SCOTT
United States Attorney

/S/ Christopher Haydn-Myer for
MICHAEL BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for January 22, 2008, be vacated and a new status conference be scheduled on February 19th, 2008 at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to February 19th, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: January 18, 2008

HON. D. LOWELL JENSEN
United States District Court Judge

3