1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95814
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   KENNETH RITCHIE ROBERTS
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,       ) CR. NO. S-07-0232 DLJ
                                   )
13              Plaintiff,         ) STIPULATION AND ORDER
                                   )
14     v.                          )
                                   ) DATE: February 26, 2008
15 GARY MICHAEL HULSEY AND         ) TIME:  9:00 a.m.
   KENNETH RITCHIE ROBERTS,        ) COURT: Hon. D. Lowell Jensen
16                                 )
              Defendants.          )
17                                 )
   _____ )
18                                 )

19      Defendant, KENNETH RITCHIE ROBERTS, through Christopher Haydn-
20 Myer, Attorney At Law, and defendant, GARY MICHAEL HULSEY, through
21 Matthew Bockmon, of the Eastern California District Federal Defender's
22 Office, and the United States of America, through Assistant U.S.
23 Attorney Michael Beckwith, agree as follows:
24      It is hereby stipulated that the status conference currently set
25 for February 26, 2008, be vacated and a new status conference be
26 scheduled on March 11, 2008 at 9:00 a.m.
27      It is further stipulated and agreed between the parties that the
28 time under the Speedy Trial Act should be excluded from today's date to

March 11, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendants time to further review the discovery and to adequately prepare.

    Counsel for Mr. Roberts was assigned to a jury trial from October 2, 2007 until December 14, 2007.  Further, counsel is still researching and investigating an issue regarding asset forfeiture; however, counsel believes that this case will resolve with further negotiations.

Dated: February 25, 2008

    Respectfully submitted,

    /s/ Christopher Haydn-Myer
    _____
    CHRISTOPHER HAYDN-MYER
    Attorney for Defendant
    KENNETH RITCHIE ROBERTS

Dated: February 25, 2008

    Respectfully submitted,

    /s/ Christopher Haydn-Myer for
    _____
    MATTHEW BOCKMON
    ASSISTANT FEDERAL DEFENDER FOR
    THE EASTERN DISTRICT OF CALIFORNIA
    Attorney for Defendant
    GARY MICHAEL HULSEY

DATED: February 25, 2008    McGREGOR W. SCOTT
    United States Attorney

    /S/ Christopher Haydn-Myer for
    MICHAEL BECKWITH
    Assistant U.S. Attorney
    Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for February 26, 2008, be vacated and a new status conference be scheduled on March 11, 2008 at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to March 11, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: February 27, 2008

_____
HON. D. LOWELL JENSEN
United States District Court Judge