```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GARY MICHAEL HULSEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-07-0232 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
|  | ) | STATUS CONFERENCE |
| v. | ) |  |
| GARY MICHAEL HULSEY, and | ) | Date: May 13, 2008 |
| KENNETH RITCHIE ROBERTS, | ) | Time: 9:00 a.m. |
|  | ) | Judge: Honorable D. Lowell Jensen |
| Defendants. | ) |  |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant United States Attorney, GARY MICHAEL HULSEY, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, and KENNETH RITCHIE ROBERTS, by and through his counsel, CHRISTOPHER HAYDN-MYER, that the status conference presently scheduled for April 15, 2008, be vacated and rescheduled for status conference on May 13, 2008, at 9:00 a.m.

This continuance is being requested because of on-going defense investigation, preparation and for plea negotiations.

IT IS FURTHER STIPULATED that the period from April 15, 2008, through and including May 13, 2008, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: April 11, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
GARY MICHAEL HULSEY

/s/  Matthew C. Bockmon for
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
KENNETH RITCHIE ROBERTS

Dated: April 11, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  April 11, 2008

_____
D. LOWELL JENSEN
United States District Judge