```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>GARY MICHAEL HULSEY, and<br>KENNETH RITCHIE ROBERTS,<br><br>       Defendants. | 2:07-CR-00232-JAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on June 25, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the plea agreement entered into between plaintiff and defendant Kenneth Ritchie Roberts forfeiting to the United States the following property:

      a. A $30,000 sub *res* in lieu of real property located at 737 Indian Meadows Drive, Happy Camp, California, APN: (76-03) 16-530-400;

AND WHEREAS, on July 11, 18, and 25, 2008, the United States published notification of the Court's Order of Forfeiture regarding Kenneth Ritchie Roberts in the <u>Siskiyou Daily News</u> (Siskiyou County), a newspaper of general circulation located in the county in which the subject property is located.  Said

1 published notice advised all third parties of their right to
2 petition the Court within thirty (30) days of the publication
3 date for a hearing to adjudicate the validity of their alleged
4 legal interest in the forfeited property;

5     AND WHEREAS, on or about April 13, 2011, this Court entered
6 a Preliminary Order of Forfeiture pursuant to the provisions of
7 21 U.S.C. § 853(a) based upon the plea agreement entered into
8 between plaintiff and defendant Gary Michael Hulsey forfeiting to
9 the United States the following property:

        a.    A sub *res* in the amount of $75,217.72, plus any accrued interest, in lieu of real property known as Vacant land located in Siskiyou County on China Grade Road, Happy Camp, California, APN: 016-280-370;

13     AND WHEREAS, beginning on April 15, 2011, for at least 30
14 consecutive days, the United States published notice of the
15 Court's Order of Forfeiture regarding Gary Michael Hulsey on the
16 official internet government forfeiture site www.forfeiture.gov.
17 Said published notice advised all third parties of their right to
18 petition the Court within sixty (60) days from the first day of
19 publication of the notice for a hearing to adjudicate the
20 validity of their alleged legal interest in the forfeited
21 property;

22     AND WHEREAS, the Court has been advised that no third party
23 has filed a claim to the subject property, and the time for any
24 person or entity to file a claim has expired.

25     Accordingly, it is hereby ORDERED and ADJUDGED:

26     1.  A Final Order of Forfeiture shall be entered forfeiting
27 to the United States of America all right, title, and interest in
28 the below-listed property pursuant to 21 U.S.C. § 853(a), to be

1  disposed of according to law, including all right, title, and
2  interest of Kenneth Ritchie Roberts and Gary Michael Hulsey:

      a.  A $30,000 sub *res* in lieu of real property located at 737 Indian Meadows Drive, Happy Camp, California, APN: (76-03) 16-530-400, and

      b.  A sub *res* in the amount of $75,217.72, plus any accrued interest, in lieu of real property known as Vacant land located in Siskiyou County on China Grade Road, Happy Camp, California, APN: 016-280-370.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 1st day of August, 2011.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge